# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2011

142615

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DOREEN JOSEPH,
      Plaintiff-Appellee,

v

                              SC: 142615
                              COA: 302508
A.C.I.A.,                       Macomb CC: 2009-005726-CK
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the minority/insanity tolling provision of the Revised Judicature Act, MCL 600.5851(1), applies to toll the "one-year back rule" in MCL 500.3145(1) of the No-Fault Automobile Insurance Act; and (2) whether *Regents of the Univ of Michigan v Titan Ins Co*, 487 Mich 289 (2010), was correctly decided.

The Michigan Association for Justice and Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

CAVANAGH, J., would deny the application for leave to appeal prior to decision by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2011                           _____
                                          Clerk

h0517